IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NELSON RIVERA,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:21-cv-41 |
|     v. | : | |
| | : | (Judge Rambo) |
| **JOHN WETZEL,** *et al.*, | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 17th day of July 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motions for summary judgment (Doc. Nos. 89, 92) are **GRANTED**;

2. The court *sua sponte* grants summary judgment in favor of all non-moving Defendants; and

3. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.
.

                                               s/ Sylvia H. Rambo
                                              United States District Judge